quently drove away in the buggy, and after he had worked several days a physician was called who found him unconscious, the patient dying shortly thereafter, and the coroner's verdict introduced in evidence stated he died from septic meningitis, by extension from septic otitis media, following injuries when his buggy was struck by a street car, the testimony conflicting as to whether his death was the result in whole or in part from the injuries claimed to be due to the collision, *held* that the evidence was insufficient to support a verdict on the theory that the insured's death was caused through external, violent and accidental means.

4. PLEADING, § 200*—*operation of demurrer to admit facts only well pleaded*. Where an accident insurance policy was set out in the declaration *in haec verba*, and from such policy it appeared that only a portion of the amount claimed could be due under its terms, a demurrer will not admit the amount claimed as a fact, since it does not appear to be a fact on the whole record, apart from the rule that a demurrer does not admit the amount claimed in the declaration.

---

## Abe Korn, Appellee, v. Chicago Railways Company, Appellant.

### Gen. No. 20,362. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. W. FENIMORE COOPER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed February 24, 1915.

### Statement of the Case.

Action by Abe Korn against Chicago Railways Company for damages for personal injuries. From a judgment for $1,625 against defendant in favor of plaintiff, defendant appeals.

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

CHARLES L. MAHONY and FRANK L. KRIETE, for appellant; W. W. GURLEY and J. R. GUILLIAMS. of counsel.

BROWN, BROWN & BROWN, for appellee.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

DAMAGES, § 124*—*amount of verdict for broken leg and permanent injuries.* Where plaintiff sustained a fracture of the fibula of his left leg and other injuries through a fall from a street car which he was attempting to board when it started out with a jerk, and his leg was in a cast for two months and it appeared that he suffered great pain, and medical experts testified as to the accident and permanent character of the injuries, to his leg, *held,* under the evidence, a verdict for $1,625 was not excessive.

---

### Pat Duggan, Plaintiff in Error, v. Wells Brothers Company, Defendant in Error.

### Gen. No. 19,319. (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. HUGO PAM, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Reversed and remanded. Opinion filed February 24, 1915

### Statement of the Case.

Action by Pat Duggan against Wells Brothers Company for personal injuries received while employed in constructing a building. From a judgment on the verdict against plaintiff in favor of defendant, plaintiff brings error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.